COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


GRACIELA SIFUENTES, §

§      No. 08-10-00249-CV

Appellant, §

§      Appeal from the

v. §

§      County Court at Law No. 3

§

OLE CHEVROLET, L.P. D/B/A §       of El Paso County, Texas

MIDWAY CHEVROLET AND SERVICE §

LIFE AND CASUALTY INSURANCE §       (TC# 2008-779)

COMPANY, §

Appellees.


## MEMORANDUM  OPINION

Pending before the Court is an agreed motion to dismiss pursuant to a settlement agreement filed in this Court. *See* TEX.R.APP.P. 42.1(a)(2). The motion is granted. In accordance with the parties' agreement, Appellant's claims against Appellees are dismissed with prejudice and court costs are taxed against the party incurring same.


January 12, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.